UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN O'SHEA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN MATEO COUNTY,<br><br>　　　　　Defendant. | Case No. 23-cv-01940-TLT<br><br>**ORDER OF DISMISSAL** |

On April 21, 2023, the Court docketed a letter from plaintiff seeking relief from this Court and opened an action pursuant to this filing. ECF 1. That same day, the Court sent plaintiff deficiency notices, instructing plaintiff that he was required to (1) file his complaint on a complaint by a prisoner form, and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis*. ECF 2, 3. The Court sent plaintiff a blank complaint form and a blank *in forma pauperis* application form. ECF 2, 3.

The deadline to file (1) a complaint and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis* has passed. Plaintiff has filed an application for leave to proceed *in forma pauperis* (ECF 6) but has not filed a complaint on a prisoner complaint form. This action cannot proceed without a signed complaint on the proper form with the necessary information. Accordingly, this action is DISMISSED for failure to meet these filing requirements. The dismissal is without prejudice to plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a signed complaint on the proper form with the necessary information.

//

//

The Clerk shall enter judgment in favor of defendant and against plaintiff, terminate all pending motions, and close the case.

**IT IS SO ORDERED.**

Dated: July 11, 2023

TRINA L. THOMPSON
United States District Judge